York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

---

PEOPLE ex rel. GOLDING, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Proceeding by the People of the State of New York, on the relation of James M. Golding, against the Board of Education of the City of New York, and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

PEOPLE ex rel. KNOENER v. JOHNSON, Com'r. (Supreme Court, Appellate Division, First Department. February 21, 1913.) Proceeding by the People of the State of New York on the relation of George W. Knoener, against Joseph Johnson, as Commissioner. L. Leale, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

---

PEOPLE ex rel. LANG, Appellant, v. SISTERS, CUSTODIANS, AND MANAGERS OF ST. ANN'S SCHOOL OF INDUSTRY AND REFORMATORY OF GOOD SHEPHERD, AT ALBANY, Respondents. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Proceeding by the People of the State of New York, on the relation of Laura Lang, against the Sisters, Custodians, and Managers of St. Ann's School of Industry and the Reformatory of the Good Shepherd, at Albany. No opinion. Final order unanimously affirmed.

---

PEOPLE ex rel. MILLS v. BOARD OF EDUCATION OF CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Proceeding by the People of the State of New York, on the relation of Joseph W. Mills, against the Board of Education of the City of New York. No opinion. Order and determination of the Board of Education confirmed, and writ dismissed, without costs.

---

PEOPLE ex rel. MOULTON, Respondent, v. CHESHIRE, County Clerk, Appellant. (Supreme Court, Appellate Division. Second Department. February 21, 1913.) Proceeding by the People of the State of New York, on the relation of Daniel A. Moulton, against Thomas S. Cheshire, County Clerk of Nassau County.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

JENKS, P. J., dissents.

---

PEOPLE ex rel. MURPHY, Appellant, v. KRAFT et al., Civil Service Commission, Respondents. (Supreme Court, Appellate Division, Third Department. March 14, 1913.) Proceeding by the People of the State of New York, on the relation of Charles F. Murphy, against John E. Kraft and others, constituting the Civil Service Commission of the State of New York. No opinion. Motion granted. See, also, 140 N. Y. Supp. 498.

---

PEOPLE ex rel. OSHRIN, Appellant, v. WHITMAN, Dist. Atty., Respondent. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Proceeding by the People of the State of New York, on the relation of Harry H. Oshrin, against Charles S. Whitman, District Attorney. A. J. Levy, of New York City, for appellant. S. L. Richter, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. PARKER v. PARKER. (Supreme Court, Appellate Division. First Department. March 28, 1913.) Appeal from Special Term, New York County. Proceeding by the People of the State of New York, on the relation of Nancy C. Parker, against George M. Parker. From an order awarding custody of children, both parties appeal. Modified and affirmed. Henry Levis, of New York City, for relator. H. S. Marshall, of New York City, for defendant.

PER CURIAM. The order should be modified, so as to award the custody of all the children to the defendant George M. Parker, with leave to the relator to see the youngest child, such as is given to her to see the other two children by the order appealed from, and by further providing that the relator may renew her application upon proof of a reformation as to her personal habits. As so modified, the order is affirmed, without costs.

---

PEOPLE ex rel. PRICE, Respondent, v. CREELMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Proceeding by the People of the State of New York, on the relation of Frederick M. Price, against James Creelman and others. T. Farley, of New York City, for appellants. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the authority of People ex rel. Smith v. Creelman, 149 App. Div. 716, 134 N. Y. Supp. 395. Order filed.

---

PEOPLE ex rel. ROMANN, Appellant, v. BOARD OF EDUCATION OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Proceeding by the People of the State of New York, on the relation of Norma Romann, against the Board of Education of New York. D. R. O'Brien, of New York City, for appellant. C. McIntyre, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. SHANE v. GITTENS. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Proceeding